■ Henry S. Mleczko, Individually and as Administrator of the Estate of Lawrence D. Mleczko, Deceased, Appellant, v. Town of Cheektowaga

et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.